IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:11CV320-RJC-DSC

| | |
|---|---|
| AMIR ZARIF, )<br>)<br>Plaintiff, )<br>v. )<br>)<br>DAVID RUBENSTEIN, )<br>)<br>Defendant. )<br>_____) | **O R D E R** |

**THIS MATTER** is before the Court on the "Application[s] for Admission to Practice Pro Hac Vice [for Jerry C. Newsome and Richard C. McWilliams, Jr.]" (document #3 and 4) filed July 1, 2011. For the reasons set forth therein, the Motions are <u>granted</u>.

The Clerk is directed to send copies of this Order to counsel for the parties, including but not limited to moving counsel; <u>and to the Honorable Robert J. Conrad, Jr.</u>

**SO ORDERED**.

Signed: July 5, 2011

David S. Cayer
United States Magistrate Judge