UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:11-cv-320

| AMIR ZARIF, | ) |
| --- | --- |
| Plaintiff, | ) |
| v. | ) ORDER |
| DAVID RUBENSTEIN, | ) |
| Defendant. | ) |

**THIS MATTER** is before the Court sua sponte. According to the December 5, 2011 Report of the Mediator, this action has been completely resolved. The parties were advised on December 5, 2011 that they shall file an agreement for entry of judgment or a stipulation of dismissal within 30 days or the Court would dismiss the case without prejudice. Review of the court docket reveals that despite the passage of 30 days, no agreement for entry of judgment or stipulation of dismissal has been filed.

**IT IS, THEREFORE, ORDERED** that this action is dismissed without prejudice.

Signed: January 18, 2012

Robert J. Conrad, Jr.
Chief United States District Judge